UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME, et al., | No. 2:19-cv-0073 MCE DB |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT SCOTT BARNACK, an Individual | |
| Defendant. | |

On October 19, 2020, the undersigned issued an Order for Appearance and Examination of Judgment Debtor Robert Scott Barnack, as well as for the production of documents. (ECF No. 29.) The order explained that the examination was to be conducted via Zoom on January 22, 2021, and contained the necessary login information. (Id. at 9.) Robert Barnack was personally served with a copy of the October 19, 2020 order on November 2, 2020. (ECF No. 30.)

On January 22, 2021, the matter came before the undersigned pursuant to Local Rule 302(c)(11) for the judgment debtor examination. Attorney Matt Powell appeared on behalf of the plaintiffs/judgment creditors. Attorney Julia Young appeared on behalf of Robert Barnack. Robert Barnack, however, did not appear. Attorney Young confirmed that Robert Barnack was aware of the January 22, 2021 judgment debtor examination but notified her that morning that he was "unavailable" because he was "out of town." To say that this excuse is insufficient is an

1  understatement.  Moreover, plaintiff's counsel stated that Robert Barnack also failed to produce
2  any responsive documents prior to the judgment debtor examination.

3  The failure of a party to comply with the Local Rules or any order of the court "may be
4  grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or
5  within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or
6  herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and
7  all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be
8  grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

9  In the interests of justice, the undersigned will provide the judgment debtor with a final
10 opportunity to show good cause for their conduct before issuing sanctions.

11 Accordingly, IT IS HEREBY ORDERED that:

12 1. Within seven days of the date of this order Robert Scott Barnack shall show cause in
13 writing as to why Robert Scott Barnack should not be sanctioned for failing to appear;

14 2. Robert Scott Barnack shall appear on **Friday, March 5, 2021, at 10:00 a.m**., at the
15 United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before
16 the undersigned; and

17 3. Robert Scott Barnack is cautioned that the failure to timely comply with this order may
18 result in the imposition of sanctions.

19 DATED: January 25, 2021            /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\jerome0072.osc