UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT SCOTT BARNACK, an Individual<br><br>  Defendant. | No. 2:19-cv-0073 MCE DB<br><br><br><br>ORDER |

On October 19, 2020, the undersigned issued an Order for Appearance and Examination of Judgment Debtor Robert Scott Barnack, as well as for the production of documents. (ECF No. 29.) The order explained that the examination was to be conducted via Zoom on January 22, 2021, and contained the necessary login information. (Id. at 9.) Robert Barnack was personally served with a copy of the October 19, 2020 order on November 2, 2020. (ECF No. 30.)

On January 22, 2021, the matter came before the undersigned pursuant to Local Rule 302(c)(11) for the judgment debtor examination. Attorney Matt Powell appeared on behalf of the plaintiffs/judgment creditors. Attorney Julia Young appeared on behalf of Robert Barnack. Robert Barnack, however, did not appear. Attorney Young conveyed an "excuse" for the failure to appear on Barnack's behalf that was woefully inadequate. (ECF No. 32 at 1.) Moreover, Barnack failed to produce responsive document prior to the examination. (Id.)

Accordingly, the undersigned issued an order to show cause. (ECF No. 32.) The parties, including Robert Barnack, appeared before the undersigned on March 5, 2021. The undersigned explained that refusing to produce response document and failing to appear at the judgment debtor examination was impermissible. Thereafter, the undersigned ordered Barnack to produce responsive documents and appear at a judgment debtor examination on May 21, 2021. (ECF No. 36.)

On May 18, 2021, the judgment creditor filed an ex parte application that appears to indicate that attorney Young and Robert Barnack have chosen to again disregard an order of this court. (ECF No. 39.) In this regard, Barnack apparently attempted to evade personal service and has again failed to produce responsive documents. (Id.) It appears that verbal admonishments have proven insufficient and that the undersigned should consider imposing additional sanctions against attorney Young and Robert Barnack.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before **June 7, 2021,** Robert Barnack shall produce responsive documents;

2. The May 21, 2021 judgment debtor examination is continued to **Friday, June 18, 2021, at 9:30 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27;

3. On or before **July 2, 2021**, attorney Young and Robert Barnack shall show cause in writing as to why they should not be sanctioned for repeatedly failing to comply with the orders of this court;

4. On or before **July 9, 2021**, the judgment creditor shall file a brief addressing the propriety and calculation of any requested sanctions;

5. On or before **July 16, 2021**, the judgment debtor may file a response addressing the sanctions sought; and

////
////
////
////

2

6. Attorney Young <u>and</u> Robert Scott Barnack shall appear on **Friday, July 23, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.[1]

Dated: May 20, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\ jerome0073.osc2

---

[1] In the event that Robert Barnack has fully complied with this order by producing responsive documents and appearing for a judgment debtor examine, the undersigned would consider discharging the order to show cause and vacating the July 23, 2021 hearing.

3