UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME, et al., | No. 2:19-cv-0073 MCE DB |
| Plaintiffs, | |
| v. | ORDER |
| ROBERT SCOTT BARNACK, an Individual | |
| Defendant. | |

A judgment debtor examination of judgment debtor Robert Barnack—who is represented by attorney Julia Young—is set for July 23, 2021. (ECF No. 43.) An ordered to show cause hearing is also set for August 20, 2021, to address the judgment debtor's repeated failure to comply with the orders of this court. However, on July 15, 2021, the judgment creditor filed an ex parte application. (ECF No. 44.)

Therein, the judgment creditor asserts that Robert Barnack—who is represented by attorney Julia Young—yet again failed to comply with an order of this court by failing to produce "any documents on or before July 2, 2021," as previously ordered. (Id. at 3.) According to the declaration of the judgment creditor's counsel the documents are necessary to "effectively prepare for and conduct Mr. Barnack's debtor's examination[.]" (Powell Decl. (ECF No. 44) at 6.) Accordingly, the judgment creditor seeks an order continuing the judgment debtor

1

1  examination until after the August 20, 2021 hearing.  Neither Barnack nor attorney Julia Young
2  filed anything in response to the ex parte application.  Good cause appearing, the July 15, 2021 ex
3  parte application will be granted.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1. The July 15, 2021 ex parte application (ECF No. 44) is granted; and
6       2. The July 23, 2021 judgment debtor examination is continued to a date to be determined
7  after the parties appear for the order to show cause hearing.
8  DATED: July 20, 2021                    /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/jerome0073.cont.osc3