UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ROBERT SCOTT BARNACK,<br><br>Debtor.<br><br>CONNIE JEROME, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SCOTT BARNACK, an Individual,<br><br>Defendant. | No. 2:19-cv-0073 MCE DB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR AUTHORIZATION TO SERVE SUBPOENAS ON BANK OF AMERICA, N.A., AND U.S. BANK, N.A, REQUIRING PRODUCTION OF DOCUMENTS FOR USE IN THE JUDGMENT DEBTOR EXAMINATION OF ROBERT S. BARNACK** |

On March 9, 2022, plaintiffs filed motionS requesting authorization to serve subpoenas on Bank of America, N.A., and U.S. Bank requiring production of documents for use in the judgment debtor examination of judgment debtor Robert S. Barnack. (ECF Nos. 86 & 87.) The motions are noticed for hearing before the undersigned on April 15, 2022, pursuant to Local Rule 302(c)(1).[1] On March 30, 2022, judgment debtor Robert S. Barnack filed a notice of non-opposition to plaintiffs' motions. (ECF No. 88.)

---

[1] The undersigned finds plaintiffs' motions suitable for resolution without a hearing pursuant to Local Rule 203(g).

1

Having reviewed plaintiffs' briefing, and in light of the judgment debtor's non-opposition, plaintiffs' motions will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' March 9, 2022 motions (ECF Nos. 86 & 87) are granted[2];

2. The April 15, 2022 hearing of plaintiffs' motions is vacated; and

3. Plaintiffs shall comply with the provisions of Rule 45 of the Federal Rules of Civil Procedure in serving Bank of America, N.A., and U.S. Bank, N.A.

DATED: April 11, 2022               /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\jerome0073.mtc.ord

---

[2] This order does not foreclose Bank of America, N.A., or U.S. Bank, N.A., from making any lawful objections to the subpoenas deemed appropriate under the circumstances.

2