UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME et al., | No. 2:19-cv-00073-MCE-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| ROBERT SCOTT BARNACK et al., | |
| Defendants. | |

On September 30, 2021, the Court held an order to show cause hearing, found Defendant Robert Scott Barnack ("Defendant") in contempt of court, and ordered a bench warrant for his arrest.  See ECF No. 53.  Presently before the Court is a Motion to Recall Warrant (ECF No. 103) based on Defendant's conviction and incarceration in a California prison on state charges.  Good cause having been shown, the bench warrant is hereby RECALLED and the February 8, 2024, hearing is VACATED.  However, this Order is stayed for thirty (30) days from the date this Order is electronically filed to permit Plaintiffs time in which to respond to the instant Motion should they choose to do so.

IT IS SO ORDERED.

Dated:  February 1, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1