UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME, et al. | No. 2:19-cv-00073-MCE-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| ROBERT SCOTT BARNACK, | |
| Defendant. | |

The Court having reviewed the Motion to Recall Warrant, ECF No. 103, and Plaintiffs' Opposition thereto, ECF No. 105, hereby STRIKES its Order Recalling the Warrant, ECF No. 104. The Motion to Recall Warrant is instead DENIED.

Upon release of the Defendant from state custody, Defendant ROBERT SCOTT BARNACK, is ordered to be detained pursuant to this Court's Bench Warrant issued on September 30, 2021. See ECF No. 53. The Clerk of the Court is directed to serve a copy of this Order on the United States Marshal Service forthwith. Upon federal detention of the Defendant, this Court will set a further hearing with notice to all parties.

IT IS SO ORDERED.

DATED: February 29, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE