UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JEROME, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SCOTT BARNACK,<br><br>Defendant. | No. 2:19-cv-00073-DC-SCR<br><br>ORDER DENYING DEFENDANT'S REQUEST TO RECALL BENCH WARRANT<br><br>(Doc. No. 108) |

This matter is before the court Defendant's second request to recall the bench warrant issued by this court on September 30, 2021 (Doc. Nos. 53, 55). (Doc. No. 108.) Specifically, due to Defendant's repeated failures to produce documents as ordered and his complete disregard for the court's orders, the court found Defendant in contempt of court and ordered a no bail bench warrant for his arrest. (Doc. No. 53.) Defendant filed a notice of appeal to the Ninth Circuit, appealing the court's issuance of a bench warrant (Doc. No. 54), but that appeal was dismissed by the Ninth Circuit on May 25, 2022, due to Defendant's failure to prosecute the appeal. (Doc. No. 90.)

On January 24, 2024, Defendant filed a request to recall the bench warrant because he "pleaded guilty to two felony charges in Placer County Superior Court and is currently serving an eight-year eight-month prison sentence in the California Department of Corrections." (Doc. No. 103.) In support of that request, Defendant's attorney provided a declaration stating that

1  Defendant's residence was foreclosed, which forced his wife to move out, and Plaintiffs had not
2  made further attempts to prosecute the case. (*Id.* at 3.) Plaintiffs filed a detailed and
3  comprehensive opposition to that motion on February 21, 2024. (Doc. No. 105.) On February 29,
4  2024, the court issued an order denying Defendant's request to recall the bench warrant and
5  ordered that Defendant, upon release from state custody, be detained pursuant to the bench
6  warrant issued on September 30, 2021. (Doc. No. 107.)

7  On February 7, 2025, Defendant filed a second request to recall the bench warrant, again
8  asserting that the recall is requested because Defendant "pleaded guilty to two felony charges in
9  Placer County Superior Court and is currently serving an eight-year eight-month prison sentence
10 in the California Department of Corrections." (Doc. No. 108 at 2.) Defendant also asserts that
11 neither he nor his family members "are in possession of any documents that could possibly show
12 funds to which Plaintiff[s] [are] entitled to." (*Id.*) In support of the pending request, Defendant's
13 attorney also provided a declaration arguing the warrant should be recalled as moot because
14 Plaintiffs subpoenaed bank records of Defendant, his business, and his family, and "[t]here are no
15 other documents anywhere that could lead to assets in [Defendant's] possession." (*Id.* at 4.) As
16 with Defendant's first request to recall the warrant, here too Plaintiffs filed a detailed and
17 thorough opposition. (Doc. No. 111.) Defendant filed a reply thereto on March 11, 2025. (Doc.
18 No. 113.)

19 Having reviewed and considered the parties' respective briefing on Defendant's pending
20 second request to recall the warrant, the court finds Defendant has not shown good cause to recall
21 the warrant, and the bases relied upon by Defendant do not reflect that the circumstances have
22 materially changed since the court issued its order denying Defendant's first request to recall the
23 warrant. Moreover, the court agrees with Plaintiffs that "[t]he existence of the warrant will
24 motivate [Defendant] to comply with this court's orders by producing documents and appearing
25 for [a debtor's] examination when he is released from State Prison." (Doc. No. 111 at 20.)
26 Accordingly,
27 1. Defendant's motion to recall the bench warrant (Doc. No. 108) is DENIED;
28 2. Upon release of the Defendant from state custody, Defendant is ordered to be

   detained pursuant to the bench warrant issued by this court on September 30, 2021 (Doc. No. 53);

3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal Service forthwith; and

4. Upon federal detention of the Defendant, this court will set a further hearing with notice to all parties.

IT IS SO ORDERED.

Dated: __**April 22, 2025**__

Dena Coggins
United States District Judge

3